16-135m-01 (JGM)

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Jeffrey Pearlman<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No. 3:16MJ 437   (JGM)<br>)<br>)<br>)<br>) |

FILED

2016 SEP 29

U.S. DISTRICT COURT
NEW HAVEN CT.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____9/2012 - 12/20015_____ in the county of _____New Haven_____ in the

_____ District of _____Connecticut_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 1320a-7b(b)(2)(B) | Acts Involving Federal Health Care Programs - Illegal Renumerations. |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent William Ready Federal Bureau of Investigation ("FBI") in support of Arrest Warrant

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent William Ready, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____9/23/16_____

/s/ Joan G. Margolis, USMJ
*Judge's signature*

City and state: _____New Haven, Connecticut_____

Hon. Joan G. Margolis, U.S. Magistrate Judge
*Printed name and title*