Criminal Std (6/13/2012)

HONORABLE: **Sarah A. L. Merriam, USMJ**
DEPUTY CLERK **Breigh Freberg**   RPTR/ECRO/TAPE **FTR - CR5**
USPO **Lauren Harte**   INTERPRETER _____

TOTAL TIME: ___ hours **33** minutes
DATE: **Sep 29, 2016**   START TIME: **9:10AM**   END TIME: **9:43AM**

## COURTROOM MINUTES

- ☒ IA-INITIAL APPEAR
- ☐ BOND HRG
- ☐ CHANGE OF PLEA
- ☐ IN CAMERA HRG
- ☐ IA- RULE 5
- ☐ DETENTION HRG
- ☐ WAIVER/PLEA HRG
- ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT
- ☐ PROBABLE CAUSE
- ☐ EXTRADITION HRG
- ☐ FORFEITURE
- ☐ CONFLICT HRG
- ☐ EVIDENTIARY HRG
- ☐ STATUS CONF
- ☒ MOTION HRG

CRIMINAL NO. **16MJ437 (JGM)**   DEFT # ___

**Douglas Morabito**
AUSA

**UNITED STATES OF AMERICA**
vs
**Jeffrey Pearlman**

**Michael Rosensaft (phv), David Ring (local)**
Counsel for Defendant   Ret ☒   CJA ☐   PDA ☐

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ... ☐ Arrest Date (CT Case): ___ ☐ Case unsealed or ☐ Rule 5 arrest, ___ Dist of ___
- ☐ CJA 23 Financial Affidavit filed ☐ under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- ☐ Court appoints Attorney ___ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ Appearance of ___ filed
- ☒ ... ☒ Complaint filed ☐ Sealed Complaint filed ☒ Affidavit of ___ filed
- ☐ ... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ___ of the ___ (indict, superseding indict, info)
- ☐ Petition to Enter Guilty Plea filed
- ☐ Defendant motions due ___ ; Government responses due ___
- ☐ Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ Hearing on Pending Motions scheduled for ___ at ___
- ☐ Jury Selection set for ___ at ___
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☐ Sentencing set for ___ at ___ ☐ Probation 246B Order for PSI & Report
- ☐ Special Assessment of $___ on count(s) ___. Total $___ ☐ Due immediately ☐ Pay at sentencing
- ☐ Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/committed to originating /another District of ___
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ Bond ☒ set at $**200,000.00** ☐ reduced to $___ ☒ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ Defendant detained
- ☒ Prob Cause Hearing ☐ waived ☒ set for **Oct 20, 2016 at 10:00am** ☐ continued until ___
- ☐ Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | |
|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... Govt's oral motion  to unseal the case | ☒ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |

Notes: